IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GARY R. CLEMENS, D.D.S. and | ) | |
| G. NEIL GARRETT, D.D.S., P.C. | ) | |
| on behalf of plaintiffs and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiffs, | ) | 15-cv-5123 |
| | ) | |
| v. | ) | Honorable Judge Leinenweber |
| | ) | Magistrate Judge Brown |
| AESTHETIC D-SIGN INTERNATIONAL, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Gary R. Clemens, D.D.S. and G. Neil Garrett, D.D.S., P.C. ("Plaintiffs"), hereby dismiss their individual claims against Defendant, Aesthetic D-Sign, International, Inc., with prejudice, with each party bearing its own costs. Plaintiffs' class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on October 7, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via US Mail and electronic mail, on the following parties:

Law Offices of James W. Cusack, P.A
201 Alhambra Circle, Suite 702
Coral Gables, FL 33134
jwc@jwcusack.com


                                  /s/
                              Dulijaza (Julie) Clark



Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)